BEFORE THE THIRD DIVISION, APRIL 9, 1964

No. 68434.—Hybern, Inc., dba The Akron v. United States, protests 63/7086, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of hard crisp rye bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.*, (47 CCPA 78, C.A.D. 733), the claim of the plaintiff was sustained.